UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

November 22, 2016

No. <u>16-1217</u>

Rafael Ignacio Guerrero,
a/k/a Rafael Ignacio Guerro-Sanchez,

Petitioner

v.

Attorney General of the United States

(Agency No. A076-736-498 )

Present: SHWARTZ, COWEN and FUENTES, <u>Circuit Judges</u>

   1. Motion by Respondent to Amend the Opinion Dated 10/19/16.

Respectfully,
Clerk/tyw

_____ORDER_____

The foregoing Motion by Respondent to amend the Opinion dated 10/19/16 is granted.
An amended opinion will be filed.

By the Court,

<u>s/Patty Shwartz</u>
Circuit Judge

Dated:      November 30, 2016
tyw/cc:     Rafael Ignacio Guerrero-Sanchez
            Aric A. Anderson, Esq.